IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TITUS HENDERSON,

    Plaintiff,　　　　　　　　　　　　　　　　ORDER

v.
　　　　　　　　　　　　　　　　　　　　　19-cv-264-jdp
MATTHEW FRANK, et al.　　　　　　　　App. No. 24-01756

    Defendants.

---

TITUS HENDERSON,
　　　　　　　　　　　　　　　　　　　　　ORDER
    Plaintiff,
v.　　　　　　　　　　　　　　　　　　　21-cv-346-jdp
　　　　　　　　　　　　　　　　　　　　App. No. 24-01757
GARY HAMBLIN, et al.

    Defendants.

---

TITUS HENDERSON,

    Plaintiff,　　　　　　　　　　　　　　　　ORDER
v.
　　　　　　　　　　　　　　　　　　　　　21-cv-347-jdp
KEVIN CARR, et al.　　　　　　　　　　App. No. 24-01758

    Defendants.

---

TITUS HENDERSON,

    Plaintiff,　　　　　　　　　　　　　　　　ORDER
v.
　　　　　　　　　　　　　　　　　　　　　21-cv-562-jdp
CAPT. JAMES ELSINGER, et al.　　　　App. No. 24-01759

    Defendants.

TITUS HENDERSON,

    Plaintiff,                                                    ORDER

v.                                                                23-cv-346-jdp

JODENE PERTTU, et al.                                  App. No. 24-01760

    Defendants.

---

TITUS HENDERSON,

    Plaintiff,                                                    ORDER

v.                                                                23-cv-385-jdp

RACHEL L. MATUSHAK, et al.                        App. No. 24-01761

    Defendants.

---

Plaintiff Titus Henderson has filed notices of appeal in these cases. Plaintiff also filed a motion to proceed without prepaying the appellate docketing fee, but plaintiff has not submitted a certified trust fund account statement for the six-month period preceding the appeal as required by the *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider the motion at this time.

ORDER

IT IS ORDERED that plaintiff Titus Henderson may have until July 8, 2024 to pay the $605[1] appellate docketing fee for each appeal or submit a certified trust fund account statement

---

[1] Effective December 1, 2023, the total fee for filing an appeal is $605 ($600 docketing fee plus $5 statutory fee).

for the six-month period preceding the appeal. Failure to meet this deadline may result in dismissal of the appeal.

Entered this 13th day of June, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge